**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| | 2:24-cr-00570-WLH |
| Plaintiff(s) | |
| v. | **ORDER ON** |
| CLAIRE PATRICIA HAVILAND, et al., ZACHARY S. WINTERS (9) | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: _____

on _____March 13, 2025_____ at __1:30 p.m.__ before Judge/Magistrate Judge _Castillo, Duty Magistrate Judge_
      *(Date of Appearance)*        (Time)

Dated: _____          _____
                                                                    **U.S. District Judge/U.S. Magistrate Judge**

G-09 ORDER (10/06)    **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**